# Exhibit A

In Re: Vytorin/Zetia Sales Practice Litigation - MDL 1938
**TIME REPORT**

**FIRM NAME:**
**REPORTING PERIOD:**

Categories
| | |
|---|---|
| [1] Investigations, Factual Research | [7] Settlements |
| [2] Document Review | [8] Litigation Strategy and Analysis |
| [3] Preparation for Depositions | [9] Class Certification |
| [4] Depositions | [10] Case Management and Administration |
| [5] Pleadings, Briefs and Pretrial Motions (including legal research) | [11] Experts |
| [6] Court Appearances | |

| Name | Status* | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | Current Hours | Current Lodestar | Total Hours | Hourly Rate | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PARTNERS** | | | | | | | | | | | | | | | | | |
| James E. Cecchi | | 38 | 88.9 | 16 | 16 | 80 | 10 | 75 | 48 | | 25.9 | | | | 399.80 | $750.00 | $299,850.00 |
| John M. Agnello | | 35 | 10 | | | 43.7 | | 69 | 121 | | 15 | | | | 65.30 | $750.00 | $48,975.00 |
| Lindsey Taylor | | 42 | 57 | | | 74 | | 63.5 | 21.4 | | 18.4 | | | | 295.30 | $625.00 | $172,687.50 |
| Melissa Flax | | 5 | 11 | | | 10.9 | | | | | | | | | 26.90 | $625.00 | $16,812.50 |
| **TOTAL PARTNERS** | | 120 | 166.9 | 16 | 16 | 208.6 | 10 | 207.5 | 190.4 | 0 | 59.3 | 0 | 0.00 | $0.00 | 787.30 | | $538,325.00 |
| **ASSOCIATES** | | | | | | | | | | | | | | | | | |
| Donald Ecklund | | 98.6 | 18 | | | 74 | | 49 | 18 | | 78.4 | | | | 57.00 | $500.00 | $28,500.00 |
| **TOTAL ASSOCIATES** | | 98.6 | 18 | 0 | 0 | 74 | 0 | 49 | 18 | 0 | 78.4 | 0 | 0.00 | $0.00 | 57.00 | $500.00 | $28,500.00 |
| **PARALEGALS** | | | | | | | | | | | | | | | | | |
| Laura Tempesta | | | | | | | | | | | 1 | | | | 1.00 | $105.00 | $105.00 |
| Mary Ellen Rago | | | | | | | | | | | 29.5 | | | | 29.50 | $105.00 | $3,097.50 |
| **TOTAL PARALEGALS** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30.5 | 0 | 0 | $0.00 | 30.5 | | $3,202.50 |
| **TOTALS:** | | 218.6 | 184.9 | 16 | 16 | 282.6 | 10 | 256.5 | 208.4 | 0 | 168.2 | 0 | 0.00 | $0.00 | 874.80 | | $570,027.50 |

**Lothian**

**FIRM NAME:**

**REPORTING PERIOD:**

| DESCRIPTION | MONTHLY EXPENSES | CUMULATIVE EXPENSES |
|---|---:|---:|
| Assessment | | |
| Travel/Meals | | $2,008.62 |
| Telephone/Facsimile | | $825.19 |
| Postage/Express Delivery/Messenger | | $333.00 |
| Commercial Copies | | |
| Internal Reproduction/Copies/Printing | | $1,236.50 |
| Expert Consultants | | $4,904.05 |
| Court Fees | | $550.00 |
| Court Reporters/Transcripts | | $703.00 |
| Witness/Services Fees | | $1,133.55 |
| Computer Research | | $439.55 |
| Clerical Overtime | | |
| Deposition | | |
| Misc. | | |
| **TOTAL EXPENSES** | $0.00 | $12,133.46 |