# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH / MERCK MERGER LITIGATION | Civil Action No.: 09-1099 (DMC)(MF) |

## DECLARATION OF MICHAEL J. BARRY

I, Michael J. Barry, hereby declare under penalty of perjury as follows:

1. I am a director at the law firm of Grant & Eisenhofer P.A. The testimony provided herein is based on my own personal knowledge, information and belief and, if called upon, I could and would competently testify thereto.

2. My firm has acted as counsel for Plaintiff City of Edinburgh Council as Administering Authority for the Lothian Pension Fund, and Interim Lead Counsel for the Class preliminarily certified on December 3, 2009.

3. The total number of hours expended on this litigation by my firm by its attorneys and other professional support staff from inception through March 15, 2010 is 982.3. The total lodestar for my firm for that period is $457,438.00. I have attached as Exhibit A a schedule containing a detailed summary that indicates the time spent by each partner, associate and other professional support staff of my firm who were involved in this litigation, including the number of hours worked, their rates, and their respective lodestar values based on current billing rates.

4. As detailed in Exhibit B, my firm also incurred a total of $93,439.28 in expenses in connection with the prosecution of this litigation.

5. The expenses incurred pertaining to this litigation are reflected on the books and records of this firm maintained in the ordinary course of business. These books and records are prepared from bills from vendors and suppliers; detailed records of in-house expenses; and

canceled checks, expense vouchers, and other source material. They are an accurate record of the expenses incurred.

6. This Declaration only provides the Court with time and expenses through March 15, 2010. Additional time and expenses will be incurred in connection with the final hearing and any post-judgment requirements.

_____
Michael J. Barry

<u>Exhibit A</u>
## SUMMARY TIME REPORT – INCEPTION THROUGH MARCH 15, 2010

### IN RE SCHERING-PLOUGH/MERCK MERGER LITIGATION

### GRANT & EISENHOFER, P.A.

| Attorneys/Status[1] | Hours | Rate | Total |
|---|---|---|---|
| Jay W. Eisenhofer (P) | 45.00 | $845.00 | $38,025.00 |
| Keith M. Fleischman (P) | 137.60 | $795.00 | $109,392.00 |
| Michael J. Barry (P) | 261.50 | $650.00 | $169,975.00 |
| Catherine Pratsinakis (A) | 17.50 | $450.00 | $7,875.00 |
| Lindsay Roseler (A) | 18.50 | $300.00 | $5,550.00 |
| Ned Weinberger (A) | 445.20 | $260.00 | $115,752.00 |
| Total Attorney | 924.70 | | $446,569.00 |
| | | | |
| **Non-Attorneys/Status** | | | |
| Nancy Smith (PL) | 40.20 | $190.00 | $7,638.00 |
| Beatrice Smith (PL) | 13.00 | $190.00 | $2,470.00 |
| Alexandra Carpio (PL) | 1.90 | $190.00 | $361.00 |
| Ronald E. Wittman (PL) | 1.00 | $190.00 | $190.00 |
| Kennedy Comer (PL) | 1.50 | $140.00 | $210.00 |
| Total Non-Attorneys | 57.6 | | $10,869.00 |
| | | | |
| **TOTAL** | **982.30** | | **$457,438.00** |

---

[1] Partner (P); Of Counsel (OC); Associate (A); Paralegal (PL).

<u>Exhibit B</u>

**SUMMARY EXPENSE REPORT – INCEPTION THROUGH MARCH 15, 2010**

**IN RE SCHERING-PLOUGH/MERCK MERGER LITIGATION**

**GRANT & EISENHOFER, P.A.**

| Expense | Total Amount ($) |
|---|---:|
| Duplication Services | $41,608.18 |
| Experts | $26,013.63 |
| Postage & Delivery | $162.01 |
| Research | $18,902.55 |
| Telephone | $10.58 |
| Transcription Services | $1,837.15 |
| Travel | $4,905.18 |
| | |
| **TOTAL EXPENSES** | $93,439.28 |