# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH / MERCK MERGER LITIGATION | Civil Action No.: 09-1099 (DMC)(MF)<br><br>**DECLARATION OF STEPHEN A. WEISS IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

Stephen A. Weiss, of full age, hereby declares under penalty of perjury as follows:

1. I am a member of the law firm of Seeger Weiss LLP. I submit this affidavit in support of Class Counsel's application for an award of attorneys' fees in connection with services rendered on behalf of Plaintiffs and the Class in the above-captioned class action, as well as for the reimbursement of expenses incurred by Class Counsel in connection with that representation.

2. I am one of the attorneys for Class Plaintiffs and the court-appointed Liaison Counsel in these class proceedings, and make this declaration of my own personal knowledge and, if sworn to testify, I could and would testify competently hereto. My firm has conducted its representation of the Class Plaintiffs on a contingency fee basis.

3. As counsel for the Class, this firm was extensively involved in every aspect of this case from investigating the facts, drafting the complaints, attending court appearances, conducting document and other discovery, conducting settlement negotiations and finalizing all papers in support of the settlement.

4. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the partners, attorneys, and professional support staff of my firm who were involved in representing the Class, and the lodestar calculation based on my firm's current

billing rates. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

5. The total number of hours expended by my firm is 583.7 hours. The total lodestar for my firm is $384,335.50, consisting of $383,660.50 for attorneys' time and $675.00 for professional support staff time.

6. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7. As detailed in Exhibit 2 attached hereto, my firm has incurred a total of $29,767.19 in unreimbursed expenses.

8. The expenses incurred are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

_/s/ Stephen A. Weiss_
Stephen A. Weiss

## SEEGER WEISS LLP
### Schering-Plough - Hours & Lodestar
### Inception through March 15, 2010

| NAME | | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Seeger, Christopher | P | 19.90 | $775 | $ 15,422.50 |
| Weiss, Stephen | P | 332.00 | $750 | 249,000.00 |
| Buchanan, David | P | 9.20 | $740 | 6,808.00 |
| Grand, Jeffrey | P | 102.70 | $595 | 61,106.50 |
| O'Brien, James | C | 39.90 | $575 | 22,942.50 |
| Benedetto, TerriAnne | C | 0.70 | $525 | 367.50 |
| George, Scott | A | 13.00 | $475 | 6,175.00 |
| Aminolroaya, Parvin | A | 63.30 | $345 | 21,838.50 |
| **Attorney Totals:** | | 580.70 | | 383,660.50 |
| | | | | |
| **PARALEGALS/LEGAL ASSISTANTS:** | | | | |
| Mora, Jose D. | PL | 3.00 | $225 | 675.00 |
| **Paralegal/Clerk Totals:** | | 3.00 | | 675.00 |
| | | | | |
| **FIRM GRAND TOTALS:** | | 583.70 | | $ 384,335.50 |
| Partner | P | | | |
| Counsel | C | | | |
| Associate | A | | | |
| Paralegal/Legal Assistant | PL | | | |

3/16/2010

| SEEGER WEISS LLP | | |
|---|---|---|
| Schering-Plough - Expenses | | |
| Inception through March 15, 2010 | | |
| EXPENSES | | AMOUNT |
| Airfare | | $ 5,687.65 |
| Federal Express | | 87.61 |
| Meals | | 4,449.47 |
| Telephone | | 76.24 |
| Travel expenses | | 11,062.32 |
| TOTAL | | $ 21,363.29 |

3/16/2010