# Exhibit E

| Schering-Plough/Merck Shareholder Litigation EXPENSES ||
|---|---|
| **EXPENSE DESCRIPTION** | **EXPENSE AMOUNT** |
| Meals, Hotel & Transportation | $44.00 |
| Photocopying | $216.50 |
| Teleconferences / Faxes | $8.00 |
| Messenger, Courier, Overnight Mail & Postage | $16.00 |
| Legal Research | $396.65 |
| **TOTAL EXPENSES** | **$681.15** |

Schering-Plough/Merck Shareholder Litigation

BROWER PIVEN
A PROFESSIONAL CORPORATION

| **David A.P. Brower (P)** | | |
|---|---|---|---|
| DATE | NARRATIVE | TIME | AMOUNT |
| 03/09/09 | Disc. w/CJP; emails to J. Cecchi; review press; call to J. Cecchi; review & edit Complt.; emails to/from Cecchi & Lindsay re filings | 2.20 | $1,749.00 |
| 03/10/09 | Emails re filing; call re assignment; disc. cases w/CJP | 0.30 | $238.50 |
| 03/11/09 | Disc. motion for expedited discovery; review file copy of complt.; calls to JC | 0.80 | $636.00 |
| 03/13/09 | Review reports on add'l complts filed; follow-up w/Lindsay; disc. w/CJP; emails & call to J. Cecchi | 1.00 | $795.00 |
| 03/14/09 | Email from J. Cecchi re fed. action | 0.10 | $79.50 |
| 03/16/09 | Emails to/from CJP re add'l complts; revising complt | 0.10 | $79.50 |
| 03/20/09 | Emails to/from R. Baron; arrange call; disc. org. issues w/J. Cecchi; Cecchi email to CJP | 0.80 | $636.00 |
| 03/24/09 | Call w/J. Cecchi; review federal 23(g) papers; pull papers for J. Cecchi & Lindsay; emails to/from CJP re disc. w/counsel; add'l call w/Lindsay | 1.50 | $1,192.50 |
| 03/25/09 | Emails to/from Cecchi; follow-up on papers; disc. global strategy; review new papers; send opinion; calls w/CJP; calls to other counsel; review papers | 2.00 | $1,590.00 |
| 03/26/09 | Emails to/from J. Cecchi; review letter from S. Lack; disc. calls w/Cecchi; call w/CJP; review case chart; email to J. Cecchi | 1.00 | $795.00 |
| 03/27/09 | Emails to/from R. Baron; call w/R. Baron & CJP | 0.80 | $636.00 |
| 03/30/09 | Emails & calls w/R. Baron/CJP/Lindsay; review draft expedited disc. & appoint. of class counsel; disc. w/co-counsel; review federal papers; review state Ct. consolid. motion; call to Cecchi | 4.00 | $3,180.00 |
| 03/31/09 | Review papers from Lindsay; disc. w/CJP; call to J. Cecchi; edit draft lead papers | 1.60 | $1,272.00 |
| 04/01/09 | Add'l edit to papers; email to Lindsay; forward materials to Lindsay; draft add'l actions; review revised draft order; review Plotkin motion to consolidate | 3.50 | $2,782.50 |
| 04/02/09 | Review letter re transfer; emails to/from Lindsay; emails to/from JC & CJP | 0.70 | $556.50 |
| 04/03/09 | Follow-up re questions from JC | 0.20 | $159.00 |
| 04/06/09 | Research on German plaintiffs; calls w/CJP; emails to/from Lindsay; research on other plaintiffs; review corresp.; disc. w/J. Cecchi | 2.00 | $1,590.00 |
| 04/07/09 | Review/edit Manson affid.; edit & revise draft opp.; review competing plaintiffs' opps.; emails to/from Lindsay & CJP w/comments | 4.00 | $3,180.00 |
| 04/08/09 | Review/edit/revise draft opp. brief; emails to/from Lindsay; emails to/from J. Cecchi re status of Fed. Actions; review Jess research; add'l research & edits; disc. w/Lindsay; disc. w/CJP | 6.50 | $5,167.50 |
| 04/09/09 | Emails to/from Lindsay; comment re opp.; add'l research; edit/revise Lindsay version; issues on tables; email from R. Baron; review Seymour papers; review letter to Court from defs.; call to J. Cecchi re Court | 5.50 | $4,372.50 |
| 04/10/09 | Review opp. briefs; emails to/from Lindsay re replies; disc. w/CJP re reply arguments; email from JC re Coughlin; emails re diversity issue | 1.60 | $1,272.00 |
| 04/11/09 | Emails to/from J. Cecchi re discovery; review draft discovery; emails re diversity issue; review Coughlin's brief | 0.90 | $715.50 |
| 04/12/09 | Review drafts from JC & Mellissa re docs requests & interrogs; pull info fro J. Cecchi; disc. opp. to Coughlin | 0.70 | $556.50 |
| 04/13/09 | Disc. opp. to Coughlin; edit/revise brief; emails to/from J. Cecchi re service of brief; comments from CJP; edit/revise/finalize brief; emails to/from J. Sleater | 5.50 | $4,372.50 |
| 04/14/09 | Review final Manson papers; disc. w/J. Sleater; email to D. Quit; disc. w/R. Harwood; email from M. Flax | 0.50 | $397.50 |
| 04/15/09 | Call w/J. Cecchi | 0.40 | $318.00 |

Page 1

Schering-Plough/Merck Shareholder Litigation

BROWER PIVEN
A PROFESSIONAL CORPORATION

| Date | Narrative | Time | Amount |
|---|---|---|---|
| 04/16/09 | Email to J. Cecchi re Gainy's brief & opp.; disc. w/CJP | 0.20 | $159.00 |
| 04/17/09 | Email from D. Quitt | 0.10 | $79.50 |
| 04/20/09 | Emails to/from J. Cecchi re hearing | 0.20 | $159.00 |
| 04/21/09 | Review/edit letter brief from Lindsay re Gainy; emails from J. Cecchi | 1.80 | $1,431.00 |
| 04/24/09 | Disc. law division hearing w/J. Cecchi | 0.50 | $397.50 |
| 04/27/09 | Emails to/from J. Cecchi re transcript | 0.10 | $79.50 |
| 04/28/09 | Email from Lindsay re hearing before Malone; review Plotkin motion; review transcript of Law Division hearing; review Coughlin Reply; emails to team re reply; work on letter to J. Malone | 4.00 | $3,180.00 |
| 04/29/09 | Edit/revise letter from Lindsay; check schedule; disc. Plotkin filing w/Lindsay; emails to/from J. Cecchi re Plotkin brief | 2.50 | $1,987.50 |
| 04/30/09 | Email from Lindsay re hearing before Malone | 0.10 | $79.50 |
| 05/01/09 | Review letter to Judge Malone; confirm 5/19 hearing | 0.10 | $79.50 |
| 05/04/09 | Emails to/from Lindsay re surreply letter to Court | 0.20 | $159.00 |
| 05/06/09 | Send new decision to J. Cecchi; review defs. opp. to consol. | 0.60 | $477.00 |
| 05/07/09 | Call w/Lindsay re defs. brief; review Sparinvest letter to Court; review Del. case; disc. w/Lindsay | 1.20 | $954.00 |
| 05/08/09 | Review Fed. Order; call to J. Cecchi | 0.80 | $636.00 |
| 05/13/09 | Email re supplemental letter; edit/revise supplemental letter | 1.00 | $795.00 |
| 05/14/09 | Re-draft sections of supplemental letter; email draft to team; review inserts & additional research; disc. w/J. Sleater; revise/edit/finalize draft | 6.50 | $5,167.50 |
| 05/15/09 | Emails to/from CJP re letter; emails to/from Lindsay re supplemental letter; revise letter; call to J. Cecchi; revise & finalize letter | 5.50 | $4,372.50 |
| 05/17/09 | Arrangements w/EL re hearing | 0.20 | $159.00 |
| 05/18/09 | Arrangements w/JC re hearing; review & mark-up briefs; review cases; prepare for hearing | 5.00 | $3,975.00 |
| 05/19/09 | Outline for hearing; meet w/J. Cecchi; hearing before J. Malone; Disc. hearing w/J. Cecchi; disc. hearing w/CJP | 4.50 | $3,577.50 |
| 06/02/09 | Review Cavanaugh's Order re denial of stay; emails to/from J. Cecchi | 0.40 | $318.00 |
| 06/09/09 | Follow-up w/J. Cecchi re ending State Court cases | 0.30 | $238.50 |
| 06/10/09 | Emails to/from J. Cecchi re procedures in Fed. Ct.; disc. voluntary dismissal papers | 0.20 | $159.00 |
| | Totals: | 84.20 | $66,939.00 |
| **Charles J. Piven (P)** | | | |
| DATE | NARRATIVE | TIME | AMOUNT |
| 03/09/09 | Communications with counsel re: merger | 1.60 | $1,160.00 |
| 03/09/09 | Communications with MH re: miscellaneous tasks | 0.60 | $435.00 |
| 03/10/09 | Communications with counsel re: final complaint | 0.30 | $217.50 |
| 03/11/09 | Communications with counsel re: filed complaint and expedited discovery | 0.30 | $217.50 |
| 03/11/09 | Comunications with MH re: Manson retainer agreement | 0.10 | $72.50 |
| 03/12/09 | Prepare Retainer Letter for F. Richard Manson | 0.10 | $72.50 |
| 03/13/09 | Communications with counsel re: number of complaints filed | 0.90 | $652.50 |
| 03/14/09 | Communications with Jim Cecchi re: potential conference call | 0.10 | $72.50 |
| 03/16/09 | Communications with JS re: expedited discovery | 0.30 | $217.50 |
| 03/17/09 | Communications with JS re: expedited discovery | 0.20 | $145.00 |

Schering-Plough/Merck Shareholder Litigation          BROWER PIVEN
                                                  A PROFESSIONAL CORPORATION

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/18/09 | Communications with JS re: expedited discovery | 0.30 | $217.50 |
| 03/19/09 | Communications with JS re: expedited discovery | 0.20 | $145.00 |
| 03/20/09 | Communications with counsel re: possible telephone conference to coordinate NJ state case | 0.90 | $652.50 |
| 03/20/09 | Communications with JS re: expedited discovery | 0.10 | $72.50 |
| 03/24/09 | Communications with DAPB re: number of cases filed | 0.20 | $145.00 |
| 03/31/09 | Communications with counsel re: draft brief for expedited discovery and motion to appoint class counsel | 0.10 | $72.50 |
| 03/31/09 | Review draft brief for expedited discovery and motion to appoint class counsel | 0.10 | $72.50 |
| 03/31/09 | Review JS draft of Memorandum of Law in Support of Plaintiff's Motion for Expedited Discovery | 0.30 | $217.50 |
| 04/01/09 | Review and Revise Brief in Support of Plaintiff Manson's Motion for Expedited Discovery and Appointment as Interim Class Counsel | 1.10 | $797.50 |
| 04/01/09 | Communications with counsel re: revised memo, prosposed conclusion language, tables of contents/citations/cases, certificate of service, BP firm resume and draft of prosposed order | 2.30 | $1,667.50 |
| 04/02/09 | Communications with counsel re: transfer to Chancery Division | 0.70 | $507.50 |
| 04/03/09 | Communications with DAPB | 0.20 | $145.00 |
| 04/06/09 | Communications with counsel re: institutional investors | 0.40 | $290.00 |
| 04/07/09 | Communications with counsel re: institutional investors, Manson Certification/Affidavit, state court class counsel motion | 1.30 | $942.50 |
| 04/07/09 | Communications with MH re: Manson | 0.10 | $72.50 |
| 04/08/09 | Review Certification of F. Richard Manson | 0.10 | $72.50 |
| 04/08/09 | Communications with counsel re: Manson Certification/Affidavit, state and federal court briefs, Judge Anzaldi and briefing schedule | 0.90 | $652.50 |
| 04/08/09 | Review draft brief in opposition to the institutional investors motion for appointment as class counsel | 0.10 | $72.50 |
| 04/08/09 | Review draft opposition brief for the state court case | 0.10 | $72.50 |
| 04/10/09 | Review Opposition Brief of Plaintiffs Plotkin, Zank, Rosenberg and Gardone to Motion by Erste-Sparinvest for Appointment as Lead Plaintiff and For Appointment of its Counsel as Lead Counsel | 0.50 | $362.50 |
| 04/10/09 | Review Plaintiffs Plotkin, Zank, Rosenberg and Gardone Memorandum of Law in Opposition to F. Richard Manson's Motion To Appoint Interim Counsel | 0.10 | $72.50 |
| 04/10/09 | Communications with counsel re: Gainey & McKenna's briefs in opposition to our motion to appoint counsel | 0.40 | $290.00 |
| 04/10/09 | Review ECF Filing re: Motion to Intervene | 0.10 | $72.50 |
| 04/13/09 | Review and comment re: Plaintiff Manson's Brief in Support of Motion to Consolidate and in Opposition to Cross Motion of Pirelli and Michigan Funds Appointment of Lead Plaintiff and Interim Class Counsel | 0.60 | $435.00 |
| 04/13/09 | Communications with DAPB and JS re: preparation of opposition to Coughlin's LP motion | 1.10 | $797.50 |
| 04/14/09 | Review draft opposition to Coughlin's LP motion | 0.10 | $72.50 |
| 04/14/09 | Communications with DAPB and JS re: draft opposition to Coughlin's LP motion | 0.30 | $217.50 |
| 04/14/09 | Communications with DAPB and JS re: foreign investors | 0.10 | $72.50 |
| 05/14/09 | Review draft letter to Judge Malone | 1.00 | $725.00 |
| 05/15/09 | T/T DAPB to discuss letter to Judge Malone | 0.10 | $72.50 |
| 05/15/09 | Communications with counsel re: letter to Judge Malone | 0.90 | $652.50 |
| 05/18/09 | Communications with counsel re: letter to Judge Malone | 0.10 | $72.50 |
| 07/27/09 | Communications with counsel re: dismissal of state cases | 0.30 | $217.50 |

Schering-Plough/Merck Shareholder Litigation

BROWER PIVEN
A PROFESSIONAL CORPORATION

| 07/27/09 | Review press release re: tentative settlement | 0.10 | $72.50 |
|---|---|---|---|
| 07/28/09 | Communications with counsel re: order transferring case to federal court | 0.10 | $72.50 |
| 07/28/09 | Review Order transferring case to federal court, notice from the USDC clerk showing that case was received and notice consolidating cases | 0.10 | $72.50 |
| | Totals: | 20.00 | $14,500.00 |

### Jessica J. Sleater (A)

| DATE | NARRATIVE | TIME | AMOUNT |
|---|---|---|---|
| 03/16/09 | motion for expedited discovery | 4.10 | $1,435.00 |
| 03/17/09 | motion for expedited discovery | 4.30 | $1,505.00 |
| 03/18/09 | motion for expedited discovery | 5.20 | $1,820.00 |
| 03/19/09 | motioin for expedited discovery | 2.30 | $805.00 |
| 04/08/09 | cite check of briefs (lead plaintiff motions) | 2.50 | $875.00 |
| 04/09/09 | edit briefs lead plaintiff motions | 5.20 | $1,820.00 |
| 04/10/09 | edit briefs and draft | 7.20 | $2,520.00 |
| 04/11/09 | edit briefs and draft | 3.20 | $1,120.00 |
| 04/13/09 | edit and draft lead plaintiff motion | 9.30 | $3,255.00 |
| 05/14/09 | letter to court lead plaintiff motions draft and research | 8.30 | $2,905.00 |
| 05/15/09 | letter to court lead plaintiff motions draft and research | 0.70 | $245.00 |
| | Totals: | 52.30 | $18,305.00 |

### Eric C. Love (PL)

| DATE | NARRATIVE | TIME | AMOUNT |
|---|---|---|---|
| 04/02/09 | Review Gainey Ltr to Judge Cassidy re Transfer Motions, forward same to J. Cecchi | 0.25 | $51.25 |
| 04/06/09 | Review Gainey Ltr to Judge Anzaldi re Transfer Motions | 0.20 | $41.00 |
| 04/09/09 | Review Gainey Ltr to Super Ct Clerk re Lead Counsel Opposition; review Gainey Ltr to Clerk re Opposition to Transfer Motion; review/organize CLPH&K and CSGR&R Lead Plaintiff/Counsel motion papers | 1.75 | $358.75 |
| 04/14/09 | Review Plotkin Opp to Pirelli Lead Motion, Merck Ltr Brief re Plotkin Transfer Motion, Plotkin Opp to Defs Transfer Motion, Plotkin Opp to Manson Lead Motion, Plotkin Opp to Erste Lead Motion, Manson Opp to Pirelli Lead Motion, Manson Opp to Lead Motions; prepare binder of Lead Plaintiff/Counsel briefing | 6.00 | $1,230.00 |
| 04/21/09 | Review NJ Superior Court hearing schedule | 0.50 | $102.50 |
| 04/23/09 | Review Plotkin Affidavits ISO Lead Motion; review/calendar email from L. Taylor re hearings | 0.75 | $153.75 |
| 04/28/09 | Prepare binder and index of all Lead Plaintiff/Counsel filings for DAPB for hearing; emails w/L. Taylor re copies of Lead Plaintiff/Counsel briefing; Research Coughlin involvement in Merck derivative case; review Order re Consolidation and Transfer to Chancery, Plotkin Lead Motion, Manson Reply to Plotkin Opp, Pirelli Lead Reply, Manson Lead Motion; review transcript re transfer motions | 8.00 | $1,640.00 |
| 04/29/09 | Review Plotkin Lead Reply, emails re same; review draft ltr to Judge Malone from L. Taylor for DAPB; Emails re adjournment of hearing, call J. Cecchi re same | 1.75 | $358.75 |
| 05/06/09 | Review docket in NJ federal court; review defs memo iso motion to proceed in one jurisdiction; review Plotkin Opp to Defs Mtn to Stay, emails w/L. Taylor re same | 1.25 | $256.25 |
| 05/07/09 | Review Erste Response to Plotkin Lead Reply | 0.50 | $102.50 |

Schering-Plough/Merck Shareholder Litigation

BROWER PIVEN
A PROFESSIONAL CORPORATION

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/14/09 | Research for Ltr reply; review Order Appointing Interim Class Counsel in NJ federal case; review Erste Lead Opp-Reply, Erste Lead Motion; update Lead Counsel binder | 4.50 | $922.50 |
| 05/15/09 | Research, proofread and prepare exhibits for supplemental letter brief to Judge Malone re Lead Plaintiff/Counsel appointment; email co-counsel re hearing logistics | 5.50 | $1,127.50 |
| 05/18/09 | Review Plotkin Reply to Manson Ltr, Manson Surreply; update binder for hearing; review email re service of 5/15 letter to Judge Malone | 2.00 | $410.00 |
| | Totals: | 32.95 | $6,754.75 |
| | Firm Totals: | 189.45 | $106,498.75 |