NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| IN RE SCHERING-PLOUGH/MERCK | : | **Hon. Dennis M. Cavanaugh** |
| MERGER LITIGATION | : | |
| | : | **ORDER** |
| | : | |
| | : | Civil Action No. 09-CV-1099 (DMC) |
| | : | |
| | : | |
| | : | |
| | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiffs for final approval of class certification, final approval of the proposed Settlement and for an award of attorneys' fees consistent with the provision set forth in the Stipulation of Settlement.  Upon consideration of all submissions and pursuant to the hearing before this Court; and based upon this Court's Opinion filed this day;

IT IS this __25th__ day of March, 2010;

**ORDERED** Plaintiffs' motion for final approval of class certification is **granted**; and further,

**ORDERED** Plaintiffs' motion for final approval of Settlement is **granted**; and further,

**ORDERED** Plaintiffs' motion for an award of attorneys' fees is **granted.**

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:      Clerk's Office
cc:             All Counsel of Record
                The Honorable Mark Falk, U.S.M.J.
                File